## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Complaint ) | |
| ) | |
| ) | Case No. MJ-04-528-RBC |
| ) | |
| ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court, **with the exception of release of a copy of the complaint and affidavit to defendant at the initial appearance**. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney



NOV 24 2004

ALLOWED only to the extent that the affidavit in support of the Complaint shall be sealed; otherwise DENIED the face sheet of the Complaint is not sealed.