AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

U.S. of America
v.
Nicholas Zaccaro

**APPEARANCE**

Case Number: 04 - M  RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Nicholas Zaccaro

I certify that I am admitted to practice in this court. ✓

Nov 24, 2004
Date

11/24/04
Noreen Russ

Signature

JACK M. ATWOOD   023620
Print Name                                Bar Number

177 SANDWICH ST
Address

Plymouth        MA        02360
City               State         Zip Code

508-747-1414    508-747-3695
Phone Number                        Fax Number