AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────────── **DISTRICT OF** Massachusetts ───────────

UNITED STATES OF AMERICA

v.

Nicholas Zaccaro

## WARRANT FOR ARREST

CASE NUMBER:  2004-M-0528-RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ─────────── Nicholas Zaccaro ───────────
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

*(stamped sideways:)* 2004 NOV 23 P 28  U.S. MARSHAL SERVICE BOSTON, MA  RECEIVED

charging him or her with (brief description of offense)
knowingly and intentionally distributed, and possessed with intent to distribute, oxycodone, a schedule II controlled substance

in violation of
Title ─── 21 ─── United States Code, Section(s) 841(a)(1)

Hon. Robert B. Collings
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

11-23-2004    Boston, MA
Date and Location

Bail fixed at $ ─────────────── by ───────────

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Name of Judicial Officer
Boston, Massachusetts 02210

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ─────────── | |
| WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.