US District Court
District of Massachusetts

MAGISTRATE JUDGE
DEC 22 2004
UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

US v. Martin et al

Criminal Action
04CR10370-RGS

ALLOWED
@ BUMG
[illegible]

DEC 22 2004

## Motion to Unseal

On 10/14/04 a complaint was issued charging defendants with drug violations.

On 11/9/04 a complaint was filed against Martin Ryan.

On 11/23/04 a complaint was filed against Nicholas Zeccaro.

On 11/24/04 the Government filed a motion to seal the complaints against Ryan & Zeccaro. The motion was "allowed only to the extent that the affidavits in support of the complaint be sealed, otherwise denied."

(5) One month has passed since sealing of the affidavits

Wherefore, I, *** of the N.E. News Service request that the court order the unsealing of affidavits in the case

[signature]
NE News Svc,
68 Alexander Rd,
Newton, MA 02461
Phone: 617/969-4102