UNITED STATES OF AMERICA

UNITED STATES, ss.　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　DOCKET NO.: 04-10370-RGS

UNITED STATES OF AMERICA

NICHOLAS ZACCARO

### DEFENDANT'S MOTION TO REMOVE BRACELET

Now comes the defendant in the above-entitled matter and requests this Honorable Court to order the restriction of the bracelet be removed from the conditions of release.

The defendant suggests the security and restrictions otherwise imposed are sufficient to insure his appearance.

The defendant relies on the facts contained in his affidavit.

　　　　　　　　　　　　　　　　　　　　Nicholas Zaccaro
　　　　　　　　　　　　　　　　　　　　By His Attorney,

　　　　　　　　　　　　　　　　　　　　Jack M. Atwood
　　　　　　　　　　　　　　　　　　　　Jack M. Atwood
　　　　　　　　　　　　　　　　　　　　177 Sandwich Street
　　　　　　　　　　　　　　　　　　　　Plymouth, Ma 02360
　　　　　　　　　　　　　　　　　　　　BBO: 023620

Date: 3/15/05

assented Nancy Rioux (JMA)
AUSA Massachusetts

*[Handwritten margin notes: "Pre-Trial Services reports that it has no objection, bracelet, eg, the motion is ALLOWED." Signed/dated MAR 28 2005]*

JACK M. ATWOOD, P.C.
ATTORNEY AT LAW
177 SANDWICH STREET
PLYMOUTH, MA 02360

(508) 747-1414
FAX (508) 747-3695

# AFFIDAVIT

I, Nicholas Zaccaro, do upon my oath hereby depose and say;

1. I am presently the defendant in United States District Court Docket number 04-10370-RGS.

2. At the time of my arraignment I was a student at Massasoit College in Brockton.

3. I have attained my associate's degree and have obtained an offer of employment as a mortgage originator.

4. I would like to accept work with Robert Pina who has several offices located in Falmouth, Fall River, and Brockton.

5. Mortgage origination often requires travel.

6. I intend to remain at my present address in Brockton with my parents.

Signed Under the
Penalties of Perjury,

_____
Nicholas Zaccaro

JACK M. ATWOOD, P.C.
ATTORNEY AT LAW
177 SANDWICH STREET
PLYMOUTH, MA 02360

(508) 747-1414
FAX (508) 747-3695