# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2004-10370-RGS-01
  -02

RYAN MARTIN,
NICHOLAS ZACCARO,
 Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/6/2005 - Conference held.

4/7 - 20/2005 - Continuance granted so that the defendants' counsel can complete a review of the Government's tapes. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of April 20, 2005, SEVENTEEN (17) non-excludable days have

occurred leaving FIFTY-THREE (53) days left to commence trial so as to be within the seventy-day period for trial set by statute.

|  |  |
|---|---|
| April 6, 2005. | /s/ Robert B. Collings<br>ROBERT B. COLLINGS<br>United States Magistrate Judge |