UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.            CRIMINAL NO. 04-10370-RGS

JONAH ADELMAN and
ENRICO BOTTA

# NOTICE OF HEARING

**STEARNS, DJ.**                  **MAY 3, 2005**

A RULE 11 HEARING AS TO BOTH DEFENDANTS IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

THURSDAY, MAY 12, 2005 AT 10:00 A.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                RICHARD G. STEARNS
                UNITED STATES DISTRICT JUDGE

    BY:

        /s/ Mary H. Johnson
          Deputy Clerk