UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          CRIMINAL NO.:04-10370-RGS

v.

NICHOLAS ZACCARO

---

### DEFENDANT'S MOTION TO LEAVE THE COMMONWEALTH OF MASSACHUSETTS

---

   Now comes the defendant in the above-entitled matter and requests this Honorable Court to allow him to leave the Commonwealth of Massachusetts to attend his cousins wedding and his grandmothers 80th birthday party in Ohio and pass through or over all necessary states.

                                                  Nicholas Zaccaro,
                                                  By His Attorney,

                                                  Jack M. Atwood
                                                  177 Sandwich Street
                                                  Plymouth, Ma 02360
                                                  BBO· 023620

   Dated:

JACK M. ATWOOD, P.C.
ATTORNEY AT LAW
177 SANDWICH STREET
PLYMOUTH, MA 02360

(508) 747-1414
FAX (508) 747-3695

# AFFIDAVIT

I, Nicholas Zaccaro, upon my oath hereby depose and say;

1. I am the defendant in criminal case number 04-10370-RGS.

2. My cousin is getting married on June 18, 2005 in Howard, Ohio.

3. My grandmother's 80th birthday party is scheduled for June 24, 2005.

4. I am respectfully requesting that I may be allowed to leave the Commonwealth of Massachusetts with my family from June 16, 2005 through June 25, 2005. (a copy of my itinerary is attached)

                                             Signed Under the
                                             Penalties of Perjury,

                                             Nicholas Zaccaro

JACK M. ATWOOD, P.C.
ATTORNEY AT LAW
177 SANDWICH STREET
PLYMOUTH, MA 02360

(508) 747-1414
FAX (508) 747-3695

Itinerary 112802234935 Page 1 of 2

*CHRISSY*  FAX  *508/747-3695*

Columbus, OH 

**Flight: Providence to Columbus**  back to top

Expedia.com itinerary number: **112802234935**
Expedia.com booking ID: 4DB5FE (1)
Airline ticket number(s): Check back in 24 hours

Main contact: GINA Rose ZACCARO
E-mail: ginazaccaro@yahoo.com
Home phone: (508) 583-9444

### Traveler and cost summary

| | | | |
|---|---|---|---|
| GINA ZACCARO | Adult | Add Frequent Flyer number(s) | $117.21 |
| Katrina Zaccaro | Adult | US Airways #59Y3D94  Update Frequent Flyer number(s) | $117.21 |
| Nicholas Zaccaro | Adult | US Airways #59Y3D82  Update Frequent Flyer number(s) | $117.21 |
| | | Taxes & Fees | $144.27 |
| | | Booking Fee | $15.00 |
| | | **Total (MasterCard)** | **$510.90** |

Exchange this ticket  Request seat changes  Print a receipt  View cancellation information

### Flight summary

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored.

**Thu Jun-16-2005**

**Providence** (PVD)  to  **Philadelphia** (PHL)  236 mi  US AIRWAYS
Depart 6:10 pm  Arrive 7:25 pm  (380 km)  Flight: **311**
  Terminal B  Duration: 1hr 15mn

Economy/Coach Class ( Seat assignments upon check-in  More Information ), Boeing 737-300, 50% on time

**Philadelphia** (PHL)  to  **Columbus** (CMH)  405 mi  US AIRWAYS
Depart 8:15 pm  Arrive 9:55 pm  (652 km)  Flight: **996**
Terminal B  Duration: 1hr 40mn

Economy/Coach Class ( Seat assignments upon check-in  More Information ), Boeing 737-400, 70% on time

Total distance: 641 mi (1032 km)  Total duration: 2hr 55mn (3hr 45mn with connections)

**Sat Jun-25-2005**

**Columbus** (CMH)  to  **Philadelphia** (PHL)  405 mi  US AIRWAYS
Depart 5:50 pm  Arrive 7:26 pm  (652 km)  Flight: **338**
  Terminal B  Duration: 1hr 36mn

Economy/Coach Class ( Seat assignments upon check-in  More Information ), Boeing 737-300, 50% on time

**Philadelphia** (PHL)  to  **Providence** (PVD)  236 mi  US AIRWAYS
Depart 8:55 pm  Arrive 10:15 pm  (380 km)  Flight: **528**
Terminal B  Duration: 1hr 20mn

Economy/Coach Class ( Seat assignments upon check-in  More Information ), Boeing 737-300

Total distance: 641 mi (1032 km)  Total duration: 2hr 56mn (4hr 25mn with connections)

### Airline rules & regulations

http://www.expedia.com/pub/agent.dll?qscr=open&itid=128022349&vwtp=4   5/2/2005

Case 1:04-cr-10370-RGS     Document 45     Filed 06/08/2005     Page 6 of 8

06/02/2005 11:10 15085032940 PDS PAGE 03
Case 1:04-cr-10370-RGS   Document 45   Filed 06/08/2005   Page 7 of 8
Yahoo! Mail - ginazaccaro@yahoo.com                                Page 1 of 2

### Providence to Columbus

**E-Ticket purchase has been confirmed by the airline.** No tickets will be mailed. **Airline check-in locations** require government issued photo ID and may request proof of current date travel (such as a printed copy of this itinerary or a printed receipt) to issue a boarding pass. **Airport security checkpoints** may require you to display both your boarding pass and photo ID before proceeding to the gate, so we recommend that you obtain your boarding pass before proceeding to the security checkpoint.

Expedia.com itinerary number: 112817154602
Expedia.com booking ID: M6S32R (1)

Main contact: Richard J. Zaccaro
E-mail: ginazaccaro@yahoo.com
Home phone: (508) 583-9444

**Traveler and cost summary**

| | | | |
|---|---|---|---|
| Richard Zaccaro | Adult | US Airways #945H4W6 Update Frequent Flyer number(s) | $117.21 |
| | | Taxes & Fees | $48.09 |
| | | Booking Fee | $5.00 |
| | | Total (MasterCard) | $170.30 |

Request seat changes   Print a receipt

**Flight summary**

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored.

**Thu Jun-16-2005**

| | | | | |
|---|---|---|---|---|
| Providence (PVD) Depart 6:10 pm | to | Philadelphia (PHL) Arrive 7:25 pm Terminal B | 236 mi (380 km) Duration: 1hr 15mn | US Airways Flight: 311 |

Economy/Coach Class, Boeing 737-300, 50% on time

| | | | | |
|---|---|---|---|---|
| Philadelphia (PHL) Depart 8:15 pm Terminal B | to | Columbus (CMH) Arrive 9:55 pm | 405 mi (652 km) Duration: 1hr 40mn | US Airways Flight: 396 |

Economy/Coach Class, Boeing 737-400, 70% on time

Total distance: 641 mi (1032 km)    Total duration: 2hr 55mn (3hr 45mn with connections)

**Sun Jun-19-2005**

| | | | | |
|---|---|---|---|---|
| Columbus (CMH) Depart 5:50 pm | to | Philadelphia (PHL) Arrive 7:26 pm Terminal B | 405 mi (652 km) Duration: 1hr 36mn | US Airways Flight: 338 |

Economy/Coach Class, Boeing 737-300, 50% on time

| | | | | |
|---|---|---|---|---|
| Philadelphia (PHL) Depart 8:55 pm Terminal B | to | Providence (PVD) Arrive 10:15 pm | 236 mi (380 km) Duration: 1hr 20mn | US Airways Flight: 628 |

Case 1:04-cr-10370-RGS    Document 45    Filed 06/08/2005    Page 8 of 8