UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.    CRIMINAL NO. 04-10370-RGS

NICHOLAS ZACCARO

# O R D E R

STEARNS, DJ.    JUNE 9, 2005

THE DEFENDANT, THROUGH HIS COUNSEL, HAS FILED A MOTION FOR PERMISSION TO TRAVEL TO HOWARD, OHIO, FROM JUNE 16, 2005 TO JUNE 25, 2005. DEFENDANT WISHES TO ATTEND A COUSIN'S WEDDING, AND AN 80TH BIRTHDAY PARTY FOR HIS GRANDMOTHER.

AFTER CONSIDERATION, THE MOTION WILL BE ALLOWED, WITH THE FOLLOWING **SPECIAL CONDITIONS:**

1. The defendant, Nicholas Zaccaro, shall provide to U. S. Pretrial Services Officer David Picozzi a written itinerary which shall include the address or addresses where the defendant will be visiting and staying in Ohio while he is out of this District, as well as telephone numbers of those addresses. That written itinerary shall be provided to Officer Picozzi by June 15, 2005;

2. While he is out of the District, the defendant, Nicholas Zaccaro, shall report by telephone EACH DAY to Officer Picozzi or another designated Pretrial Services Officer in the District of Massachusetts, at a time to be determined by the Pretrial Services Department.

SO ORDERED.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE