```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 04-10370-RGS |
| v. ) | |
| ) | |
| NICHOLAS ZACCARO ) | |

**ASSENTED TO MOTION TO CONTINUE TRIAL TO 10/3/05 & EXCLUDE TIME**

The United States of America respectfully moves this Court for an order continuing the date of the trial of Nicholas Zaccaro from the August 8, 2005 date currently scheduled to October 3 2005. As grounds therefor, the government asserts that a testifying witness for the government in this case has a pre-paid family vacation scheduled for the week of August 8, 2005. Defendant, through counsel, has assented to the continuance, has agreed to the date of October 3, 2005, and has agreed that the time until October 3, 2005 should be excluded from the calculation of Speedy Trial Act limits in the interest of justice.

Accordingly, the United States respectfully requests that the motion to move the trial to October 3, 2005 be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nancy Rue
Nancy Rue
Assistant U.S. Attorney

Dated: June 13, 2005