UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        CRIMINAL NO.: 04-10370-RGS

V.

NICHOLAS ZACCARO

---

### DEFENDANT' MOTION TO CONTINUE

---

Now comes counsel for the defendant in the above-entitled matter and requests this Honorable Court to continue this case from October 3, 2005 for the reasons set forth in the attached affidavit.

CERTIFICATE OF SERVICE
The undersigned attorney hereby certifies that he has this _____ day of _____, 20___ mailed a copy of the foregoing pleading to the attorneys of record for all other parties in this action by placing same properly addressed in the U.S. mail with sufficient postage to insure delivery.
JACK M. ATWOOD, ESQUIRE

Nicholas Zaccaro,
By His Attorney,

Jack M. Atwood
177 Sandwich Street
Plymouth, MA 023620
508-747-1414
BBO: 023620

## AFFIDAVIT

I, Jack M Atwood, upon my oath hereby depose and say;

1. I am the counsel of records for Nicolas Zaccaro defendant in criminal case number 04-10370-RGS.

2. On the weekend of September 10, 2005 my wife discovered a series of unauthorized draws from the payroll account.

3. This discovery lead to the dismissal of both secretaries on September 13, 2005 which comprised my entire staff excluding outsourced providers.

4. Prior to physically leaving the office, my computer records were destroyed including financial records for 2005, court calendars and many templates.

5. As a result of this activity I was forced to take off a time to review account records for payroll, operating and client accounts plus reconstruction of the above.

6. In good faith, I estimate that I will not be able to recover from this dilemma for approximately two to three weeks.

7. I have maintained a very active practice for approximately thirty four years and have never experienced any type of professional disruption.

8. Nicholas Zaccaro himself is faultless and in no way is responsible for this request.

Signed Under the
Penalties of Perjury,

Jack M. Atwood