PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

____Nicholas Zaccaro_____  Docket No.# CR04-10370-RGS

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant Nicholas Zaccaro , who was released on bail by the Honorable Robert B. Collings , on November 24, 2004, under the following conditions:

1. Released to the custody of his parents, Richard and Gina Zacarro, and to reside at 55 Oneida Ave. in Brockton, MA.
2. Surrender any passport to Pretrial Services.
3. Obtain no passport.
4. Travel is restricted to the D/MA.
5. Refrain from possessing a firearm, destructive devices or other dangerous weapons and to include no firearms at residence.
6. Refrain from use/possession of a illegal drug or controlled substance.
7. Submit to random drug testing as required by Pretrial Services.
8. Participate in home detention with electronic monitoring until the hearing on Wednesday, December 1, 2004        .
9. Report any contact with law enforcement within 24 hours including any arrests.
10. Not to violate any State, Local or Federal laws.
11. The defendant shall not have any contact with either victims witness, informants in this case except through attorney.
12. No internet , no instant messaging, internet bulletin board use or other postings to internet, email no paging or any kind.
13. No contact directly and or indirectly with any victims , witness or informants.
14 Statutory conditions of release.

And respectfully seeks action by the Court for violations that include:

The alleged contact and subsequent threatening of the safety and well being of another individual involved in case # CR04-10370-RGS who is known to this defendant. (Please refer to attached violation memorandum)

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

_X_ Issue a Warrant

_____Issue a Summons for the defendant to appear for a show cause hearing

_____Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2005   Place  Boston, Massachusetts

_____Date 10/21/05
David A. Picozzi
U.S. Pretrial Services Officer

ORDER OF COURT

___✓Warrant to Issue

_____Summons to issue. Clerk to schedule show cause hearing.

_____Other:

Considered and ordered this___21___day of___October___,20_05_,and ordered filed and made part of the record in the above case.

_____
Judicial Officer