UNITED STATES OF AMERICA

UNITED STATES, ss.                UNITED STATES DISTRICT COURT
                                  DOCKET NO.: 04-10370-RGS

UNITED STATES OF AMERICA

V.

NICHOLAS ZACCARO

---

### DEFENDANT'S WAIVER OF DETENTION HEARING

---

Now comes the defendant in the above-entitled matter and requests this Honorable Court and waive his rights to a detention hearing in anticipation of his plea of guilty, thought to be scheduled November 16, 2005.

Nicholas Zaccaro
By His Attorney,

*/s/ Jack M. Atwood*
Jack M. Atwood
177 Sandwich Street
Plymouth, Ma 02360
BBO: 023620

CERTIFICATE OF SERVICE
The undersigned attorney hereby certifies that he has this 7 day of November, 2005 mailed a copy of the foregoing pleading to the attorneys of record for all other parties in this action by placing same properly addressed in the U.S. mail with sufficient postage to insure delivery.
JACK M. ATWOOD