AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NICHOLAS ZACCARO

**WARRANT FOR ARREST**

Case Number: 2004-CR-10370-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    NICHOLAS ZACCARO
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF PRETRIAL RELEASE

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10/21/2005  U.S.D.C. BOSTON, MA
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at USMS D/MA BOSTON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/2005 | DUSM Donald Freeman | Don Freeman |
| DATE OF ARREST | | |
| 10/24/2005 | | |