UNITED STATES OF AMERICA

UNITED STATES, ss.    UNITED STATES DISTRICT COURT
DOCKET NO.: 04-10370-RGS

UNITED STATES OF AMERICA

V.

NICHOLAS ZACCARO

---

MOTION FOR RECONSIDERATION REGARDING
DETENTION HEARING

---

Now comes the defendant in the above-entitled matter and requests this Honorable Court to reconsider its order of detention and grant him release. Defendant requests oral argument before the Court.

Nicholas Zaccaro
By His Attorney,

_____
Jack M. Atwood
177 Sandwich Street
Plymouth, Ma 02360
BBO: 023620