1/12/06

## UNITED STATES OF AMERICA
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     CRIMINAL NO.:04-10370-RGS

v.

NICHOLAS ZACCARO

---

### DEFENDANT'S CLAIM OF APPEAL

---

Now comes the defendant in the above-entitled matter appeals the ruling of the Honorable Judge Collings wherein the Defendant's request for release was denied.

Nicholas Zaccaro,
By His Attorney,

*Jack M. Atwood*
Jack M. Atwood
177 Sandwich Street
Plymouth, Ma 02360
BBO: 023620

Dated: January 9, 2006

**CERTIFICATE OF SERVICE**
The undersigned attorney hereby certifies that he has this ___9___ day of __January__, 20_06_ mailed a copy of the foregoing pleading to the attorneys of record for all other parties in this action by placing same properly addressed in the U.S. mail with sufficient postage to insure delivery.
JACK M. ATWOOD, ESQUIRE