*Received from AUSA Rue on 4-18-06*

*M. Johnson*
*Dep. Clerk*

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        CRIMINAL NO.:04-10370-RGS

v.

NICHOLAS ZACCARO

### DEFENDANT'S MOTION TO CONTINUE

Now comes counsel for the defendant in the above-entitled matter and requests this Honorable Court to continue this case from April 18, 2006 for reasons set forth in the attached affidavit.

WHEREFORE, counsel for the defendant respectfully requests this Honorable Court continue this matter from April 18, 2006 to a date convenient with the court.

Nicholas Zaccaro,
By His Attorney,

Jack M. Atwood
177 Sandwich Street
Plymouth, Ma 02360
BBO: 023620

# AFFIDAVIT

I, Jack M Atwood, upon my oath hereby depose and say;

1. I am the counsel of records for Nicolas Zaccaro defendant in criminal case number 04-10370-RGS.

2. I am the sole attorney with law offices located at 177 Sandwich Street, Plymouth, Massachusetts.

3. I begin a Trial at the Brockton Superior Court in the matter of The Commonwealth v Karl Baptize on April 18, 2006.

4. Therefore I respectfully ask this matter be moved to May 15, 2006 at 2:30.

5. Nicholas Zaccaro himself is faultless and in no way is responsible for this request.

Signed Under the
Penalties of Perjury,

_____
Jack M. Atwood