UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )    CRIMINAL NO.: 04-10370-RGS
          v.                    )
                                )
NICHOLAS ZACCARO                )

**<u>GOVERNMENT'S SUPPLEMENTAL INFORMATION REGARDING DRUG WEIGHT</u>**

The United States of America respectfully submits the attached driving record for defendant Zaccaro in connection with the sentencing hearing, in connection with the defendant's objections to the drug weight calculations.

During the sentencing hearing on June 2, 2006, counsel for defendant noted that the last documented one way flight to New York is July 14, 2004. The lack of flight records after July 14, 2004 does not show that Zaccaro stopped making trips to New York for drug trafficking. A more likely inference is that Zaccaro started driving to New York instead of flying. This inference is supported by Zaccaro's driver's license history file. <u>See</u> Attachment 1.

The driver history file shows that Zaccaro's driving privileges were suspended during June and July of 2004, as they had been numerous times previously.[1] On April 16, 2004, the license was suspended for 60 days, based on incurring (as he had numerous times before) "7 surcharge events". Attachment 1, page 3, "Entry date 4/16/04." Court findings were made with regard to

---

[1]This is consistent with the cooperating witness's testimony that Zaccaro needed rides to the airport.

this suspension on May 16, 2004. Id. The suspension expired on July 15, 2004, pending payment of the reinstatement fee. See Attachment 1, page 2, "Entry date 7/15/04." The fee was paid July 22, 2004, reinstating the driver's license (until it was suspended again in November, two weeks before Zaccaro's arrest on the instant charges). Therefore, while Zaccaro was forced to take commercial transportation to New York in June and July, while his license was suspended, he was able to drive himself there again beginning July 22, 2004.[2]

As the cooperating witness testified at the sentencing hearing, Zaccaro had pills in a consistent quantity before the time that the witness began driving Zaccaro to the airport, and he continued to have pills through the time of the witness's own arrest. This is further demonstrated by the fact that Zaccaro had plenty of pills to sell in October and November (to a different cooperating witness, in consensually recorded transactions. See PSR ¶¶ 11-17, describing purchases of more than 600 OxyContin pills).

The cooperating witness testified that he himself had acquired approximately 1000 pills from Zaccaro over the course of their relationship. He testified that on Zaccaro's trips to New York, Zaccaro purchased 100-250 pills, and that Zaccaro supplied him with 25-50 of those pills. Conservatively estimating from this testimony, Zaccaro acquired for himself at least twice what

---

[2] The government notes that Zaccaro could also have imply taken the Fung Wah bus roundtrip.

he supplied to the witness. Therefore, crediting the witness' testimony that he had received at least 1000 pills, a mix of 40 and 80 milligram pills, from Zaccaro, Zaccaro is responsible for at least 80 grams (2000 times the lesser weight pill of 40 milligrams) of oxycodone. Adding this quantity to the 35.04 grams sold to the cooperating witness involved in the consensually recorded transactions, Zaccaro should be held responsible for at least 115.04 grams of oxycodone, or the equivalent of 770 kilograms of marijuana.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:  /s/ Nancy Rue
> Nancy Rue
> Assistant U.S. Attorney

Dated: June 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> /s/ Nancy Rue
> Nancy Rue
> Assistant United States Attorney

Date:    June 7, 2006

```
XX PAGE 01 OF 01            NLETS RESPONSE NO. 19038    MA013045V/MADEA0193
                     MASSACHUSETTS REGISTRY OF MOTOR VEHICLES     06/06/06 0936
  --- DRIVER  INQUIRY ----
  KEYS USED: S91402803
OLN:S91402803              STATUS:EXP         SOC: 031628720
  NAME L: ZACCARO         F: NICHOLAS    M: J           DOB: 01/23/1980
  SEX: M      HGT: 6 00ORGAN DONOR
  MAIL ADDR: 55 ONEIDA AVE         CITY: BROCKTON    ST: MA ZIP: 02301-2509
  BLDG/APT:
  PREVIOUS NAME  L:              F:             M:
  RESTRICTIONS:        TIME:          TO
  TYPE   CLASS  ISSUE DATE  EXP DATE
  L      D      10/21/1996  01/23/2006
```

```
JUN 06 2006 10:03 FR                                                              P.03/12
09:52:27 Tue Jun 06, 2006
```

Case 1:04-cr-10370-RGS    Document 87-2    Filed 06/07/2006    Page 3 of 11

```
XX PAGE 01 OF 02           NLETS RESPONSE NO. 19390    MA013045V/MADEA0193
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES    06/06/06 0944
                    ----------    DRIVER HISTORY    ----------
    KEYS USED: S91402803

    OLN: S91402803                  ST: MA                              PAGE 01
    NAME      L: ZACCARO            F: NICHOLAS      M: J    DOB: 01/23/1980
    CORP/CO NAME:
    STATUS: EXP             FOLDER:

    ENTRY       INCIDENT              DESCRIPTION                  CRT FINDINGS
    DATE        DATE                                                   DATE
    04/14/05    04/14/05    REINSTATED 7 SURCHARGE EVENTS FEE PAID     04/14/05
    01/10/05    01/10/05    SUSP PEND REIN FEE 7 SURCHARGE EVENTS      01/10/05
    01/10/05    01/10/05    EXPIRATION 7 SURCHARGE EVENTS  PEC EASTON  01/10/05
    12/01/04    12/01/04    EXPIRATION PAYMENT DEFAULT  RLS EASTON     12/01/04
    10/12/04    10/12/04    SUSPENSION PAYMENT DEFAULT  INDEFINITE     11/21/04
    10/12/04    10/12/04    SUSPENSION 7 SURCHARGE EVENTS 60 DAYS      11/11/04
    09/15/04    09/05/04    SPEEDING EASTON R                          10/12/04
    08/05/04    03/10/04    LICENSE SUSPENDED AVON CD              055 07/27/04
    07/22/04    07/22/04    REINSTATED 7 SURCHARGE EVENTS FEE PAID     07/22/04
    07/15/04    07/15/04    SUSP PEND REIN FEE 7 SURCHARGE EVENTS      07/15/04
    07/15/04    07/15/04    EXPIRATION 7 SURCHARGE EVENTS  PEC STOUGHTO 07/15/04
```

```
XX PAGE 01 OF 02              NLETS RESPONSE NO. 19393     MA013045V/MADEA0193
                     MASSACHUSETTS REGISTRY OF MOTOR VEHICLES    06/06/06 0944
                     -----------    DRIVER HISTORY    -----------
    KEYS USED: S91402803

    OLN: S91402803            ST: MA                             PAGE 02
    NAME       L: ZACCARO     F: NICHOLAS    M: J      DOB: 01/23/1980
    CORP/CO NAME:
    STATUS: EXP              FOLDER:

    ENTRY      INCIDENT              DESCRIPTION               CRT  FINDINGS
    DATE       DATE                                                 DATE
    05/10/04   05/10/04    EXPIRATION PAYMENT DEFAULT  RLS STOUGHTON     05/10/04
    05/04/04   05/04/04    SUSPENSION PAYMENT DEFAULT  INDEFINITE        06/13/04
    04/16/04   04/16/04    SUSPENSION 7 SURCHARGE EVENTS 60 DAYS         05/16/04
    03/19/04               CERT TO SP MILTON
    03/10/04   03/10/04    REINSTATED PAYMENT DEFAULT FEE PAID           03/10/04
    03/10/04   03/10/04    SUSP PEND REIN FEE PAYMENT DEFAULT            03/10/04
    03/10/04   03/10/04    EXPIRATION PAYMENT DEFAULT  RLS WILMINGTON    03/10/04
    03/04/04   03/04/04    HEARING PAYMENT DEFAULT FILED                 03/04/04
    03/02/04   03/02/04    EXPIRATION 5 SURCHARGE EVENTS  COR BOSTON     03/02/04
    03/02/04   02/28/04    NSC CLASS COMPLETED
    01/26/04   12/31/03    ST HWAY VIOLATION STOUGHTON R          055 03/29/04
```

```
XX PAGE 01 OF 02              NLETS RESPONSE NO. 19395      MA013045V/MADEA0193
                         MASSACHUSETTS REGISTRY OF MOTOR VEHICLES   06/06/06 0944
                         -----------    DRIVER HISTORY    -----------
   KEYS USED: S91402803

   OLN: S91402803                    ST: MA                          PAGE 03
   NAME      L: ZACCARO         F: NICHOLAS      M: J       OOB: 01/23/1980
   CORP/CO NAME:
   STATUS: EXP           FOLDER:

   ENTRY      INCIDENT              DESCRIPTION              CRT  FINDINGS
   DATE       DATE                                                DATE
   01/26/04   12/31/03    SPEEDING STOUGHTON R               055  03/29/04
   01/23/04   01/23/04    SUSPENSION 5 SURCHARGE EVENTS  INDEFINITE  04/22/04
   01/23/04   01/23/04    SUSPENSION PAYMENT DEFAULT     INDEFINITE  03/03/04
   01/02/04   12/26/03    HEARING 5 SURCHARGE EVENTS SUSPEND
   08/05/03   07/27/03    SPEEDING WILMINGTON R              053  12/18/03
   06/24/03   06/24/03    EXPIRATION PAYMENT DEFAULT   COR WEYMOUTH  06/24/03
   06/24/03   06/24/03    EXPIRATION 7 SURCHARGE EVENTS  COR WEYMOUTH  06/24/03
   06/24/03   06/24/03    HEARING PAYMENT DEFAULT EXPIRE          06/24/03
   06/24/03   06/24/03    HEARING 7 SURCHARGE EVENTS EXPIRE       06/24/03
   06/04/03   06/04/03    SUSPENSION PAYMENT DEFAULT   INDEFINITE  07/14/03
   06/04/03   06/04/03    SUSPENSION 7 SURCHARGE EVENTS 60 DAYS   07/04/03
```

```
XX PAGE 01 OF 02           NLETS RESPONSE NO. 19396     MA013045V/MADEA0193
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES   06/06/06 0944
                    ----------     DRIVER HISTORY    -----------
    KEYS USED: S91402803

    OLN: S91402803              ST: MA                         PAGE 04
    NAME      L: ZACCARO      F: NICHOLAS    M: J     DOB: 01/23/1980
    CORP/CO NAME:
    STATUS: EXP            FOLDER:

    ENTRY      INCIDENT              DESCRIPTION              CRT FINDINGS
    DATE       DATE                                               DATE
    05/08/03   04/29/03   KEEP RIGHT NO VIEW WEYMOUTH R            06/04/03
    05/08/03   04/29/03   SEAT BELT VIOLATION WEYMOUTH R           06/04/03
    04/08/03   04/08/03   EXPIRATION PAYMENT DEFAULT   RLS BROCKTON 04/08/03
    03/10/03   03/10/03   SUSPENSION PAYMENT DEFAULT   INDEFINITE  04/19/03
    09/06/02   09/06/02   REINSTATED PAYMENT OEFAULT   FEE PAID    09/06/02
    09/06/02   09/06/02   SUSP PEND REIN FEE PAYMENT DEFAULT       09/06/02
    09/06/02   09/06/02   EXPIRATION PAYMENT DEFAULT   RLS ROXBURY 09/06/02
    08/12/02   08/12/02   HEARING PAYMENT DEFAULT FILED            08/12/02
    07/17/02   07/17/02   SUSPENSION PAYMENT DEFAULT   INDEFINITE  08/26/02
    05/17/02   04/30/02   FAIL TO GIVE SIGNAL BROCKTON R       015 01/31/03
    05/17/02   04/30/02   NO REG/LIC IN POSSES BROCKTON R      015 01/31/03
```

```
XX PAGE 01 OF 02           NLETS RESPONSE NO. 19397    MA013045V/MADEA0193
                      MASSACHUSETTS REGISTRY OF MOTOR VEHICLES   06/06/06 0944
                      -----------   DRIVER HISTORY     -----------
    KEYS USED: S91402803

    OLN: S91402803              ST: MA                          PAGE 05
    NAME      L: ZACCARO        F: NICHOLAS    M: J    DOB: 01/23/1980
    CDRP/CO NAME:
    STATUS: EXP                 FOLOER:

    ENTRY      INCIDENT              DESCRIPTION              CRT  FINDINGS
    DATE       DATE                                                DATE
    04/08/02   04/08/02   EXPIRATION 7 SURCHARGE EVENTS  COR            04/08/02
    04/08/02   04/08/02   EXPIRATION 7 SURCHARGE EVENTS  COR ROXBURY    04/08/02
    04/08/02   04/08/02   HEARING 7 SURCHARGE EVENTS EXPIRE             04/08/02
    04/08/02   04/08/02   HEARING 7 SURCHARGE EVENTS EXPIRE             04/08/02
    04/03/02   04/03/02   REINSTATED PAYMENT DEFAULT  COR ROXBURY       04/03/02
    04/03/02   04/03/02   SUSPENSION 7 SURCHARGE EVENTS 60 DAYS         05/03/02
    03/28/02   03/28/02   SUSPENSION PAYMENT DEFAULT   INDEFINITE       05/07/02
    03/28/02   03/28/02   SUSPENSION 7 SURCHARGE EVENTS 60 DAYS         04/27/02
    03/28/02   02/18/02   FAILURE TO STOP ROXBURY R                 002 05/07/02
    03/27/02   03/27/02   REINSTATED 7 SURCHARGE EVENTS  COR            03/27/02
    03/27/02   03/27/02   HEARING 7 SURCHARGE EVENTS REINSTATE          03/27/02
```

```
XX PAGE 01 OF 02           NLETS RESPONSE NO. 19398      MA013045V/MADEA0193
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES     06/06/06 0944
           ----------      DRIVER HISTORY       -----------
KEYS USED: S91402803

OLN: S91402803              ST: MA                          PAGE 06
NAME     L: ZACCARO         F: NICHOLAS    M: J       DOB: 01/23/1980
CORP/CO NAME:
STATUS: EXP            FOLDER:

ENTRY     INCIDENT              DESCRIPTION                 CRT FINDINGS
DATE      DATE                                                  DATE
02/25/02  02/25/02   SUSPENSION 7 SURCHARGE EVENTS 60 DAYS      03/27/02
01/23/02  12/27/01   LANE VIOLATION S BOSTON NR             003 03/27/02
01/23/02  12/27/01   SPEEDING S BOSTON NA                   003 03/27/02
01/03/02             DRIVING RECORD TO TML
12/19/01  12/19/01   REINSTATED PAYMENT DEFAULT FEE PAID        12/19/01
12/19/01  12/19/01   SUSP PEND REIN FEE PAYMENT DEFAULT         12/19/01
12/19/01  12/19/01   EXPIRATION PAYMENT DEFAULT  RLS RAYNHAM    12/19/01
12/19/01  12/19/01   EXPIRATION 7 SURCHARGE EVENTS  PEC RAYNHAM 12/19/01
12/19/01  12/19/01   HEARING PAYMENT DEFAULT EXP PEND FEE       12/19/01
12/19/01  12/19/01   HEARING 7 SURCHARGE EVENTS EXPIRE          12/19/01
10/18/01  10/18/01   HEARING 7 SURCHARGE EVENTS FILED           10/18/01
```

```
XX PAGE 01 OF 02          NLETS RESPONSE NO. 19400      MA013045V/MADEA0193
                     MASSACHUSETTS REGISTRY OF MOTOR VEHICLES   06/06/06 0944
                     -----------    DRIVER HISTORY    -----------
        KEYS USED: S91402803

        OLN: S91402803              ST: MA                        PAGE 07
        NAME      L: ZACCARO        F: NICHOLAS    M: J    DOB: 01/23/1980
        CORP/CO NAME:
        STATUS: EXP          FOLDER:

        ENTRY      INCIDENT              DESCRIPTION              CRT FINDINGS
        DATE       DATE                                               DATE
        10/16/01   10/16/01   EXPIRATION 7 SURCHARGE EVENTS  COR RAYNHAM   10/16/01
        10/16/01   10/16/01   EXPIRATION 7 SURCHARGE EVENTS  COR BROCKTON  10/16/01
        10/16/01   10/16/01   HEARING 7 SURCHARGE EVENTS EXPIRE            10/16/01
        10/16/01   10/16/01   HEARING 7 SURCHARGE EVENTS EXPIRE            10/16/01
        10/15/01   10/15/01   SUSPENSION 7 SURCHARGE EVENTS 60 DAYS        11/14/01
        10/15/01   10/15/01   EXPIRATION PAYMENT DEFAULT  COR BROCKTON     10/15/01
        10/15/01   10/15/01   HEARING PAYMENT DEFAULT EXPIRE               10/15/01
        10/11/01   10/11/01   SUSPENSION PAYMENT DEFAULT  INDEFINITE       11/20/01
        10/11/01   10/11/01   SUSPENSION 7 SURCHARGE EVENTS 60 DAYS        11/10/01
        10/03/01   09/05/01   NO REG/LIC IN POSSES BROCKTON NR     015 08/28/02
        10/03/01   09/05/01   SPEEDING BROCKTON NR                 015 08/28/02
```

```
XX PAGE 01 OF 02              NLETS RESPONSE NO. 19401      MA013045V/MADEA0193
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES    06/06/06 0944
                    -----------    DRIVER HISTORY     -----------
     KEYS USED: S91402803

     OLN: S91402803            ST: MA                              PAGE 08
     NAME      L: ZACCARO      F: NICHOLAS      M: J       DOB: 01/23/1980
     CORP/CO NAME:
     STATUS: EXP          FOLDER:

     ENTRY       INCIDENT             DESCRIPTION                CRT FINDINGS
     DATE        DATE                                                DATE
     09/26/01    09/26/01    SUSPENSION PAYMENT DEFAULT  INDEFINITE  11/05/01
     09/18/01    09/18/01    SUSPENSION 7 SURCHARGE EVENTS 60 DAYS   10/18/01
     06/15/01    05/26/01    SPEEDING RAYNHAM R                  031 08/21/01
     04/19/01    04/19/01    EXPIRATION PAYMENT DEFAULT  RLS BOSTON  04/19/01
     04/09/01    04/09/01    SUSPENSION PAYMENT DEFAULT  INDEFINITE  05/19/01
     03/14/01    03/03/01    NO INSPECTION STCKER BOSTON R           04/09/01
     10/03/00    10/03/00    REINSTATED 5 SURCHARGE EVENTS  COR BROCKTON 10/03/00
     10/03/00    09/30/00    NSC CLASS COMPLETED
     08/25/00    08/25/00    SUSPENSION 5 SURCHARGE EVENTS   INDEFINITE  11/23/00
     08/08/00    08/01/00    HEARING 5 SURCHARGE EVENTS SUSPEND
     08/01/00    01/07/00    SPEEDING BROCKTON R                 015 07/11/00
```

```
XX PAGE 01 OF 02            NLETS RESPONSE NO. 19402       MA013045V/MADEA0193
                     MASSACHUSETTS REGISTRY OF MOTOR VEHICLES    06/06/06 0944
                     -----------   DRIVER HISTORY    -----------
    KEYS USED: S91402803

    OLN: S91402803                ST: MA                          PAGE 09
    NAME       L: ZACCARO         F: NICHOLAS      M: J      DOB: 01/23/1980
    CORP/CO NAME:
    STATUS: EXP              FOLDER:

    ENTRY      INCIDENT              DESCRIPTION              CRT FINDINGS
    DATE       DATE                                               DATE
    08/01/00   01/07/00    REFUSE OBEY POLICE BROCKTON CW     015 07/11/00
    08/01/00   01/07/00    DRIVING TO ENDANGER BROCKTON CW    015 07/11/00
    08/01/00   01/07/00    DWI DRUGS BROCKTON NA              015 07/11/00
    05/17/00   04/28/00    SPEEDING NORTON R                  034 07/13/00
    05/17/00   04/28/00    NO REG/LIC IN POSSES NORTON NR     034 07/13/00
    06/02/99   04/11/99    FAIL TO USE SAFETY BRIGHTON R      008 07/28/99
    06/02/99   04/11/99    NO REG/LIC IN POSSES BRIGHTON R    008 07/28/99
    05/11/99   04/23/99    NO REG/LIC IN POSSES BROCKTON NR   015 12/29/99
    05/11/99   04/23/99    SPEEDING BROCKTON NR               015 12/29/99
    03/02/99   03/02/99    REINSTATED PAYMENT DEFAULT  COR EASTON  03/02/99
    03/02/99   03/02/99    HEARING PAYMENT DEFAULT REINSTATE      03/02/99
```

```
XX PAGE 01 OF 02           NLETS RESPONSE NO. 19403      MA013045V/MADEA0193
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES   06/06/06 0944
                    -----------   DRIVER HISTORY   -----------
   KEYS USED: S91402803

   OLN: S91402803              ST: MA                         PAGE 10
   NAME     L: ZACCARD         F: NICHOLAS    M: J     DOB: 01/23/1980
   CORP/CO NAME:
   STATUS: EXP         FOLDER:

   ENTRY      INCIDENT           DESCRIPTION                  CRT FINDINGS
   DATE       DATE                                                DATE
   02/25/99   02/25/99   SUSPENSION PAYMENT DEFAULT  INDEFINITE   04/06/99
   02/04/99   01/20/99   SPEEDING EASTON R                    031 04/05/99
   12/22/98   11/17/98   SURCHARGEABLE ACCID BROCKTON             12/22/98
   11/20/98   11/07/98   SEAT BELT VIOLATION BROCKTON NR      015 03/10/99
   11/20/98   11/07/98   SPEEDING BROCKTON NR                 015 03/10/99
   06/23/98   06/12/98   SPEEDING W BRIDGEWATER NR            015 08/18/98
   06/04/98   05/29/98   KEEP RIGHT NO VIEW COHASSET NR       056 08/06/98
   06/04/98   05/29/98   SPEEDING COHASSET NR                 056 08/06/98
                    -----------   END OF HISTORY   -----------
```